# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12cv357
# [Adversary Proceeding # 12-03114, W.D.N.C]

| | |
|---|---|
| AAC RETAIL PROPERTY DEVELOPMENT AND ACQUISITION FUND, LLC; *et al.*,         Plaintiffs, <br><br> Vs. <br><br> BANK OF AMERICA, N.A.,         Defendant. | ORDER |

**THIS MATTER** is before the court on defendant's Motion to Withdraw the Reference of Adversary Proceeding to the Bankruptcy Court (#1). On June 13, 2012, the United States Bankruptcy Court for the Western District of North Carolina transferred the adversary proceeding to the United States Bankruptcy Court for the Eastern District of North Carolina and provided this court with a courtesy copy of such Order (#6). It appearing that the adversary proceeding is now before the Bankruptcy Court in the Eastern District of North Carolina, this court will transfer the motion pending in this proceeding to the United States District Court for the Eastern District of North Carolina. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Withdraw the Reference of Adversary Proceeding to the Bankruptcy Court (#1) and this action are **TRANSFERRED** to the United States District Court for the Eastern District of North Carolina.

Signed: June 19, 2012

Max O. Cogburn Jr.
United States District Judge